Chief Judge Cooke.
(dissenting in part). I respectfully dissent from that part of the majority decision which denies the request for disclosure of the 29 medical records, *407 and I vote to modify. The court has the discretionary power to order the patients’ records disclosed with identifying information deleted. This would protect the privacy of the individuals while serving the purpose of the Freedom of Information Law: to encourage “the understanding and participation of the public in government”, “to extend public accountability wherever and whenever feasible”, and to forestall thwarting “[t]he people’s right to know the process of governmental decision-making * * * by shrouding [the underlying documents and statistics] with the cloak of secrecy or confidentiality” (Public Officers Law, § 84). To deny such a power to the courts in this context is tantamount to granting to the agency an unlimited power to withhold records.
Judges Jasen, Gabrielli, Fuchsberg and Meyer concur with Judge Jones; Chief Judge Cooke dissents in part and votes to modify in a separate opinion; Judge Wachtler taking no part.
Order reversed, without costs, request for disclosure of 29 medical records denied, and matter remitted to Supreme Court, Nassau County, for further proceedings in accordance with the opinion herein.